STATE v. THOMAS

No. 3P90

Case below: 96 N.C.App. 515

Petition by defendant for temporary stay allowed 12 January 1990.

STEVE DICKSON BUILDERS v. WHITTINGTON

No. 463P89

Case below: 95 N.C.App. 783

Petition by the Whittingtons for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

TATE v. ACTION MOVING & STORAGE

No. 472P89

Case below: 95 N.C.App. 541

Petition by defendant (Action Moving & Storage) for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

THRASH v. CITY OF ASHEVILLE

No. 455A89

Case below: 95 N.C.App. 649

Petition for discretionary review filed by plaintiffs (Thrash) pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 18 January 1990. Petition by plaintiffs (Tyndall, et al.) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 18 January 1990. Petition by plaintiff (BASF) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 18 January 1990.

WATERHOUSE v. CAROLINA LIMOUSINE MANUFACTURING

No. 532P89

Case below: 96 N.C.App. 109

Petition by intervenors for writ of certiorari to the North Carolina Court of Appeals denied 18 January 1990.